**Opinion issued February 4, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00949-CV

———————————

## IN THE INTEREST OF E. G., A CHILD

———————————

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-03159J**

———————————

## MEMORANDUM OPINION

Appellant, Stephanie Cerda, has filed a motion to dismiss the appeal, representing that the trial court set aside the decree at issue and entered a written order, "making the appeal unnecessary." We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we grant the motion and dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.